IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:06-CV-298-Y |
| | § | |
| DEE ANDERSON, Sheriff, | § | |
| Tarrant County, Texas | § | |
| Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Felix Lyle Cowan under 28 U.S.C. §§ 2241 and 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 23, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 20, 2006.

The Court, after _de novo_ review, concludes that Cowan's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed as moot for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Felix Lyle Cowan's petition for writ of habeas corpus is DISMISSED as moot.

SIGNED November 21, 2006.

_TERRY R. MEANS_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE